# COURT MINUTES

## United States Magistrate Judge Lurana S. Snow

**KEY WEST**      Date: 5/1/2025      Time: 12:30PM

Defendant: Santos Manuel Cordon Manjivar (J)      J#: 74446-511      Case #: 25-CR-10015-Gayles/Snow

AUSA: Michael Christian Mikulic      Attorney: Ian McDonald, AFPD

Violation: ASSAULTING, RESISTING, OR IMPEDING CERTAIN OFFICERS OR EMPLOYEES

Proceeding: Arraignment/Change of Plea/ Sentencing      CJA Appt:

Bond/PTD Held: ○ Yes   ◉ No      Recommended Bond:

Bond Set at: Pretrial Detention      Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Spanish

**Disposition:**
Defendant Present. Spanish Interpreter Present.
Defendant Arraigned. Reading of Information (Misdemeanor) Waived, Not Guilty Plea Entered, Jury Trial Demanded, Standing Discovery Order Requested (Defense). Defense oral motion for Entry of Standing Discovery Order- Granted-. Defendant waives PSI and Waives his right to have this case heard by a District Judge and have a Magistrate Judge conduct a change of Plea and Sentencing. Defendant was sworn and testified and pled guilty as to all the charges. Defendant is adjudged guilty by the court. Court accepts stipulated Sentence recommendation from the parties of **Credit for Time Served.**

**NEXT COURT APPEARANCE**   Date:      Time:      Judge:      Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R. 12:30:30- 12:57:29      Time in Court: 30 Minutes

Page: Type #

Page: Type #